IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

BETHANY FARMER, :
:
    Plaintiff(s), :
:
    vs. : Case Number: 1:06cv134
:
ROGER FISHER, et. al., : District Judge Susan J. Dlott
:
    Defendant(s). :

ORDER

    The Court has reviewed the Report and Recommendations of United States Magistrate Judge Timothy S. Hogan filed on May 15, 2007(Doc. 53), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired June 7, 2007, hereby ADOPTS said Report and Recommendations.

    No formal objections have been filed. The following numbered documents, however, were filed and considered by the Court:

    Doc. 54    Letter dated June 2, 2007 from Justice for Children (Washington, DC) to Judge Hogan;

    Doc. 55    Defendant Roger Fisher's Motion to Strike Plaintiff's June 4, 2007 filing and to Adopt the Magistrate Judge's May 17, 2007 Report and Recommendations filed June 5, 2007;

    Doc. 56    Defendant Karen Christian, MD's Joinder in Defendant Roger Fisher's June 5, 2007 and filed June 6, 2007;

    Doc. 57    Additional copy of Doc. 54 filed June 7, 2007 and;

    Doc. 58    Motion of Defendant Sam Robertson, MD to Strike Plaintiff's June 4, 2007 filing and to adopt Magistrate's May 17, 2007 Report and Recommendations.

    Defendants' motion to dismiss for failure to cooperate in discovery and for lack of prosecution

**(Doc. 39)** is **GRANTED** and this case is **DISMISSED WITH PREJUDICE** from the docket of this Court.

   IT IS SO ORDERED.

               <u>S/Susan J. Dlott</u>_____
               Susan J. Dlott
               United States District Judge